# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

ANNA MARIE KNOWLES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:18cr36-RWG-01

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Richard W. Goldberg
Signature of Judge

RICHARD W. GOLDBERG | U.S. District Judge
Name of Judge | Title of Judge

12/7/2018
Date